IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| In Re: §<br>MERSCORP INC., ET AL., REAL §<br>ESTATE SETTLEMENT PROCEDURES §<br>ACT (RESPA) LITIGATION § | MDL Docket No. 1810 |
| ONETHA WARD, §<br>§<br>    Plaintiff, §<br>§<br>v. §<br>§<br>MERSCORP INC. AND MORTGAGE §<br>ELECTRONIC REGISTRATION §<br>SYSTEMS, INC., §<br>§<br>    Defendants. § | C.A. No. C-07-30 |

**FINAL JUDGMENT**

In accordance with the Court's Order GRANTING Plaintiff Onetha Ward's unopposed motion for voluntary dismissal (D.E. 35, Case No. 07-30), the Court hereby enters final judgment DISMISSING Case No. 07-30, Ward v. Merscorp Inc., et al., without prejudice.

SIGNED and ENTERED on this the 19th day of June, 2007.

_____
Janis Graham Jack
United States District Judge